UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 14-00052-03 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ANTRON GHOLSTON | MAG. JUDGE KAREN L. HAYES |

### ORDER

Upon consideration,

IT IS ORDERED that the Government's Motion to Dismiss Without Prejudice [Doc. No. 99] is GRANTED, and Court Six of the above-captioned Indictment against Defendant Antron Gholston is DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 16th day of June, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE